1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Defendant

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8  JOHANNA DICKERSON,                Case No. 2:03-CV-01972-CMK

9              Plaintiff,

10      v.                            STIPULATION AND ORDER
                                      EXTENDING DEFENDANT'S TIME
11                                    TO RESPOND TO PLAINTIFF'S
   JO ANNE B. BARNHART,               COMPLAINT TO FEBRUARY 13,
12 Commissioner of                    2006
   Social Security,
13
              Defendant.
14

15      On November 8, 2005, this Court issued an Order ("Order") denying Defendant's Motion

16 to Dismiss this action for untimeliness and directing Defendant to file her answer and the

17 administrative transcript within 60 days of the service date of the Order.  Due to a

18 miscommunication, the Social Security Administration Office of Hearings and Appeals ("OHA")

19 was not notified of the Order, and timely preparation of the administrative transcript was not

20 commenced.  (See Declaration of Karen Clark ("Clark Decl.") at ¶ 3-4.)  Upon receiving

21 notification of the Order on or about January 6, 2006, OHA commenced an expedited effort to

22 prepare the administrative transcript.  (Clark Decl. at ¶ 4-5.)  On January 9, 2006, the United

23 States Attorney's Office was notified that OHA had located all elements of the record, including

24 a tape of oral hearing held in August 2002.  (Clark Decl. at ¶ 6.)  Although the viability of the

25 August 2002 tape has not yet been verified, it is anticipated that, if the tape is viable,

26 transcription of the tape and other preparations of the record can be completed and the

27 administrative transcript shipped within 30 days.  (Clark Decl. at ¶ 6.)

28

                                      1

1    Accordingly, IT IS HEREBY STIPULATED by and between the parties, through their

2 respective undersigned attorneys, with the permission of the Court as indicated below, that

3 Defendant's time to respond to Plaintiff's complaint is hereby extended to February 13, 2006.  It

4 is further stipulated that Plaintiff shall have 45 days after service of Defendant's answer and the

5 administrative record to file  her motion for summary judgment, as provided for by the Court's

6 original Scheduling Order filed September 22, 2003.  See Order at 3.

7    For the above stated reasons, the parties request that the Court grant the requested

8 extension of time.  This is the first request to extend Defendant's deadline to respond to

9 Plaintiff's complaint.

10    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

11 stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

12 authorizes counsel for Defendant to file this document in PDF format, pursuant to Local Rule 7-

13 131.

14

15 DATED: January 11, 2006     /s/ Harvey P. Sackett
               HARVEY P. SACKETT

16                Attorney for Plaintiff

17 DATED: January 12, 2006     McGREGOR W. SCOTT
               United States Attorney

18

19          By:  /s/ Bobbie J. Montoya
               BOBBIE J. MONTOYA

20                Assistant U. S. Attorney

21                Attorneys for Defendant

22 OF COUNSEL:

23 LUCILLE GONZALES MEIS
 Chief Counsel, Region IX

24
 JOHN N. CARVELAS

25 Assistant Regional Counsel

26 U. S. Social Security Administration

27

28

1

**ORDER**

2

     For good cause shown, the requested extension of Defendant's time to respond to

3

Plaintiff's complaint in **DICKERSON v. BARNHART,** Case No. 2:03-CV-01972-CMK, is

4

hereby APPROVED.  Defendant shall file her response on or before February 13, 2006.

5

     SO ORDERED.

6

7

**January 12, 2006**

8

9

10

                       /s/   **CRAIG M. KELLISON**

11

                       Craig M. Kellison

                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28