HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA DICKERSON,              ) | Case No.: 03-CV-01972-CMK |
| Plaintiff,               ) | |
| v.                                      ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART,       ) | |
| Commissioner, Social Security ) | |
| Administration,                      ) | |
| Defendant.               ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, May 1, 2006 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

STIPULATION AND ORDER      1

Dated: March 10, 2006

          MCGREGOR W. SCOTT
          United States Attorney


Dated: March 10, 2006        /s/ BOBBIE MONTOYA
          BOBBY J. MONTOYA
          Assistant U.S. Attorney


Dated: March 13, 2006        /s/ HARVEY P. SACKETT
          Attorney for Plaintiff
          JOHANNA DICKERSON

IT IS SO ORDERED.

DATED:  March 16, 2006.

          **CRAIG M. KELLISON**
          UNITED STATES MAGISTRATE JUDGE