UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNANNA DICKERSON,<br><br>           Plaintiff,<br><br>v.<br><br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>           Defendant. | Case No.: 03-CV-01972-CMK<br><br><br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, May 31, 2006 in which to file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

Dated: April 27, 2006

MCGREGOR W. SCOTT
United States Attorney

STIPULATION AND ORDER                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: April 27, 2006 | /s/ BOBBY J. MONTOYA |
| | | BOBBY J. MONTOYA |
| 5 | | Assistant U.S. Attorney |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: April 27, 2006 | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| 10 | | JOHANNA DICKERSON |
| 11 | | |
| 12 | IT IS SO ORDERED. | |
| 13 | DATED:   May 9, 2006. | |

_____

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER            2