HARVEY P. SACKETT (72488)

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-744

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNANNA DICKERSON, | ) Case No.: 03-CV-01972-CMK |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Friday, June 30, 2006 in which to file her Motion for Summary Judgment. This extension is necessitated by the number of

STIPULATION AND ORDER     1

other cases Plaintiff's counsel currently has before the district court that also require briefing.

Dated: May 30, 2006

        MCGREGOR W. SCOTT
        United States Attorney

Dated: May 30, 2006

        BOBBY J. MONTOYA
            Assistant U.S. Attorney

Dated: May 30, 2006

        HARVEY P. SACKETT
        Attorney for Plaintiff
        JOHANNA DICKERSON

IT IS SO ORDERED.

DATED:   June 2, 2006.

        _____
        **CRAIG M. KELLISON**
        UNITED STATES MAGISTRATE JUDGE