| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | UNITED STATES ATTORNEY |
| 2 | BOBBIE J. MONTOYA |
|   | ASSISTANT U.S. ATTORNEY |
| 3 | 501 I STREET, SUITE 10-100 |
|   | SACRAMENTO, CA 95814-2322 |
| 4 | TELEPHONE: (916) 554-2700 |
|   | FAX: (916) 554-2900 |
| 5 | |
|   | DEBORAH L. STACHEL |
| 6 | SPECIAL ASSISTANT U.S. ATTORNEY |
|   | 333 MARKET STREET, SUITE 1500 |
| 7 | SAN FRANCISCO, CA 94105 |
|   | TELEPHONE: (916) 977-8943 |
| 8 | FAX: (415) 744-0134 |
| 9 | *ATTORNEYS FOR DEFENDANT* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**JOHANNA DICKERSON,**

      Plaintiff,

  v.

JO ANNE B. BARNHART,
 Commissioner of
 Social Security,

      Defendant.

CASE NO. 2:**03-CV-01972-CMK**

STIPULATION AND ORDER

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to **SEPTEMBER 1, 2006,** in order to conduct a further review of this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip.& Order Ext. Def.'s Time
2:03-cv-01972-CMK       **1**

/s/ **Harvey P. Sackett** (as authorized on July 31, 2006)
**HARVEY P. SACKETT**
Attorney at Law

Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By:   /s/ **Bobbie J. Montoya for** (as signed on **July 31, 2006**)
**DEBORAH L. STACHEL**
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

                                ORDER

APPROVED AND SO ORDERED.

DATED:   August 1, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE