McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
DEBORAH LEE STACHEL
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHANNA DICKERSON, | ) Case No. 2:03-CV-01972-CMK |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The matter will be remanded to a new Administrative Law Judge (ALJ). On remand, the ALJ will be directed to 1) further evaluate Plaintiff's credibility and the lay witness statements pursuant to SSR 96-7p; 2) further address the opinion of Plaintiff's treating physician, Donald

1  Powell, M.D.; and 3) reevaluate Plaintiff's residual functional
2  capacity and provide explanation for same pursuant to SSR 96-8p.
3       It is further stipulated that the administrative decision
4  giving rise to this action is vacated and that the Clerk of this
5  Court shall be directed to enter a separate judgment herein, as
6  provided for under Rules 58 and 79(a) of the Federal Rules of
7  Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292,
8  113 S. Ct. 2625 (1993).
9  / / /
10 / / /
11 / / /

03cv1972 Dickerson stip and remend0823.wpd                          Page 2

```
        /s/ Harvey P. Sackett
            (As authorized on August 16, 2006)
        HARVEY P. SACKETT
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney

By:   /s/ Bobbie J. Montoya for
            (As signed on August 16, 2006)
        DEBORAH LEE STACHEL
        Special Assistant U.S. Attorney

        Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:   August 28, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE