McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
DEBORAH STACHEL
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA DICKERSON,<br><br>      Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>      Defendant. | CASE NO. **2:03-CV-01972-CMK**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the EAJA in the amount of FIVE THOUSAND EIGHT HUNDRED FIFTY AND 00/100 DOLLARS ($5,850.00) and costs in the amount of ONE HUNDRED FIFTY AND 00/100 DOLLARS ($150.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby

constituting a compromise settlement for all fees, costs and expenses under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees, costs and expenses in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further stipulate that Plaintiff's counsel shall furnish to Defendant's counsel, and Defendant's counsel shall maintain, a facsimile of this stipulation bearing counsel's signature, and that Defendant shall e-file the document pursuant to applicable local rules.

DATED: September 12, 2006      /s/ Harvey P. Sackett
                               HARVEY P. SACKETT
                               Attorney at Law

                               Attorney for Plaintiff

DATED: September 13, 2006      McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney

                           By: /s/ Bobbie J. Montoya for
                               DEBORAH STACHEL
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

DICKERSON v. Barnhart
EAJA Stip & Order                    2
03-01972-CMK

ORDER

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,850.00 and costs in the amount of $150.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED: September 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE